**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7001**

GREGORY MARSHALL,

Plaintiff – Appellant,

v.

RONALD S. WEBER, Mental Health Counselor, WCI; Dr. AVA JOUBERT, Medical Director for WCI; J. PHILIP MORGAN, Warden, WCI,

Defendants – Appellees,

and

GARY D. MAYNARD, Secretary for Division of Correction; SCOTT OAKLEY, Inmate Grievance Office; JUDGE J. FREDERICK MOTZ; JUDGE CATHERINE C. BLAKE,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:11-cv-02755-RWT)

Submitted: November 30, 2012 Decided: December 6, 2012

Before KING, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Marshall, Appellant Pro Se. Nancy P. Tennis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; H.

Kenneth Armstrong, ARMSTRONG, DONAHUE, CEPPOS & VAUGHAN, CHTD, Rockville, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Marshall appeals the district court's order denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Marshall v. Weber</u>, No. 8:11-cv-02755-RWT (D. Md. May 31, 2012). We deny the motions to consolidate and to appoint counsel, grant leave to proceed without prepayment of fees, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>